IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELLY MILLS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 10-4324 |
| | : | |
| TEMPLE UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

**AND NOW**, this 3rd day of April, 2012, upon careful consideration of the motion filed by the defendant Temple University (document no. 22), plaintiff Shelly Mills's opposition thereto, and Temple's repy, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

      a.    With respect to Count I, the motion is **DENIED**.

      b.    With respect to Count II, the motion is **DENIED**.

      c.    With respect to Count III, the motion is **DENIED**

      d.    With respect to Count IV, the motion is **GRANTED**. Judgment is entered in favor of the Temple University and against plaintiff on Count IV.

      e.    Trial in this matter is scheduled for June 4, 2012, at 10:00 a.m.

      /s/ William H. Yohn Jr., Judge
      William H. Yohn Jr., Judge